FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROSSER, | NO. CV 07-4980-DDP(E) |
| Petitioner, | |
| v. | JUDGMENT |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 6-18-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE